IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
01 AUG 24 PH 12: 10
U.S. DISTRICT COURT
N.D. OF ALABAMA

CAROLYN GOLDSTEIN, in her )
capacity as Trustee under the )
Gerald B. Goldstein Revocable Trust )
No. 1, )
    )
    Plaintiff, )
    )
vs. ) CIVIL ACTION NO. 00-RRA-3329-S
    )
AETNA LIFE INSURANCE AND )
ANNUITY COMPANY, )
    )
    Defendant/Third Party )
    Plaintiff )
    )
vs. )
    )
JILL Z. BICKING, as guardian of the )
property of Bret Samuel Goldstein, )
    )
    Third Party Defendant. )

ENTERED
AUG 23 2001

## MEMORANDUM OPINION

On August 2, 2001, the magistrate judge entered a report and recommendation, wherein it was recommended that Jill Z. Bicking's motion to dismiss her, as guardian of the property of Bret Samuel Goldstein, be granted. Fourteen days were allowed for the filing of objections. No objections have been filed.

After consideration of the report and recommendation, along with the entire court file, the report and recommendation is hereby **ADOPTED** and **APPROVED**. Accordingly,

19

Bicking's motion to dismiss is due to be granted and this action as to her is due to be dismissed without prejudice. An appropriate order will be entered.

DONE this 23rd day of August, 2001.

_____
H. Dean Buttram, Jr.
United States District Judge